DANIEL J. BRODERICK, Bar #89424
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RODRIGO PEREZ-VALENZUELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-268 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | |
| RODRIGO PEREZ-VALENZUELA, ) | Date: August 18, 2006 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Garland E. Burrell, Jr. |
| ) | |
| _____ ) | |

    It is hereby stipulated and agreed to between the United States of America through Michael Beckwith, Assistant United States Attorney and RODRIGO PEREZ-VALENZUELA, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for July 28, 2006 be vacated and rescheduled for status conference on August 18, 2006 at 9:00 a.m.

    This continuance is being requested due to the need for on-going defense investigation and preparation.

    IT IS FURTHER STIPULATED that the period from July 28, 2006, through and including August 18, 2006, be excluded in computing the

time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: July 27, 2006

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Matthew C. Bockmon
    _____
    MATTHEW C. BOCKMON
    Assistant Federal Defender
    Attorney for Defendant
    RODRIGO PEREZ-VALENZUELA

Dated: July 27, 2006

    MCGREGOR W. SCOTT
    United States Attorney

    /s/ Matthew C. Bockmon for
    _____
    MICHAEL BECKWITH
    Assistant U.S. Attorney
    per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  July 27, 2006

    /s/ Garland E. Burrell, Jr.
    GARLAND E. BURRELL, JR.
    United States District Judge