1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   RODRIGO PEREZ-VALENZUELA

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
    UNITED STATES OF AMERICA,      )   NO. CR-S-06-268 GEB
12                                 )
                    Plaintiff,     )   STIPULATION AND [PROPOSED] ORDER
13                                 )   CONTINUING STATUS CONFERENCE
           v.                      )
14                                 )
    RODRIGO PEREZ-VALENZUELA,      )   Date:  September 8, 2006
15                                 )   Time:  9:00 a.m.
                    Defendant.     )   Judge: Garland E. Burrell, Jr.
16                                 )
                                   )
17   _____ )

18
         It is hereby stipulated and agreed to between the United States of
19
    America through Michael Beckwith, Assistant United States Attorney and
20
    RODRIGO PEREZ-VALENZUELA, by and through his counsel, Matthew C.
21
    Bockmon, Assistant Federal Defender, that the status conference
22
    presently scheduled for August 18, 2006 be vacated and rescheduled for
23
    status conference on September 8, 2006 at 9:00 a.m.
24
         This continuance is being requested due to the need for on-going
25
    defense investigation and preparation.
26
         IT IS FURTHER STIPULATED that the period from August 18, 2006,
27
    through and including September 8, 2006, be excluded in computing the
28

1  time within which trial must commence under the Speedy Trial Act,

2  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for

3  continuity and preparation of counsel.

4  Dated: August 17, 2006

                                        Respectfully submitted,

5

                                        DANIEL J. BRODERICK
6                                       Federal Defender

7                                       /s/ Matthew C. Bockmon

8                                       _____
                                        MATTHEW C. BOCKMON
9                                       Assistant Federal Defender
                                        Attorney for Defendant
                                        RODRIGO PEREZ-VALENZUELA
10

11  Dated: August 17, 2006

12

                                        MCGREGOR W. SCOTT
13                                      United States Attorney

14                                      /s/ Matthew C. Bockmon for

15                                      _____
                                        MICHAEL BECKWITH
16                                      Assistant U.S. Attorney
                                        per telephonic authority

17

18                                  **O R D E R**

19  IT IS SO ORDERED.

20  Dated:  August 17, 2006

21

22                                      /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
23                                      United States District Judge

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28